```
                                                    FILED
                                                2007 AUG 13  PM 12: 11

                                                CLERK US DISTRICT COURT
                                                SOUTHERN DISTRICT OF CALIFORNIA

                                                BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN LAUFFS and HUBERT PAUL LAUFFS, <br><br>        Plaintiffs, <br><br>vs. <br><br>LARRY A. CARR; DAVID L. CARR JR; JOEL MARCUS; CARR AND ASSOCIATES, a Nevada Corporation; NAPA RANCH ASSOCIATES, LLC, a Nevada Limited Liability Company; CITA TRUST COMPANY, S.A.; and DOES 1 THROUGH 27, Inclusive, <br><br>        Defendants. <br><br>AND RELATED COUNTER-CLAIMS | Case No.: 04 CV 0809-WQH (WMC) <br><br>**ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISTRIBUTE FUNDS** <br><br>Judge:     Hon. William Q. Hayes <br>Magistrate:  Hon. William C. McCurine |

      Pursuant to an agreement between the parties, the proceeds resulting from the sale of the Napa Ranch were placed in an account with this Court on or about December 15, 2005, pending the resolution of disputes between Plaintiffs and Defendants. The total amount of $11,320,175.60 was placed in a Court-blocked account at a variable interest rate not greater than 2%.

On December 12, 2006 a bench trial commenced in the above-encaptioned matter. Parties rested on January 12, 2007 and, after the submission of post-trial briefing, this Court issued its Findings of Fact and Conclusions of Law on May 31, 2007 (Doc. 243). Pursuant to such findings, a final Judgment was entered July 5, 2007 (Doc. 251).

Since the entry of Judgment, the parties have entered into a settlement agreement whereby Defendants, LARRY A. CARR, DAVID L. CARR, JR., JOEL MARCUS, NAPA RANCH ASSOCIATES, LLC, CARR AND ASSOCIATES, INC. AND CITA TRUST COMPANY, S.A. agreed to withdraw their pending Motion for Attorneys' Fees and Costs, in additional to all Bills of Costs submitted by Defendants, in exchange for Plaintiffs, COLLEEN LAUFFS' and HUBERT PAULS LAUFFS' waiver of all rights on appeal. The agreement entered into by the parties also embodies a mutual release of all currently known or unknown claims related to this litigation, including an action(s) for malicious prosecution.

Pursuant to the agreement reached between the parties, a Joint Motion for the Immediate Release of Funds was filed on August 7, 2007. Further, as of August 7, 2007, the principal and interest remaining in the Court-blocked account totaled $11,275,758.87.

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED:**

The Clerk shall release the following amounts as specified below upon receipt of the tax ID number for each payee:

1. The total amount of $1,121,908.89 shall be immediately released and a check issued for the benefit of Plaintiff, HUBERT P. LAUFFS, 1755 Willowhaven, Encinitas, California 92024, as full and final satisfaction of the awarded granted under the Court's July 5, 2007 Judgment. Upon issuance, Mr. Lauffs' distribution shall be sent by overnight mail to the offices of Lynn & Fortune, LLP located at 2171 India Street, Suite C, San Diego, California 92101;

2. The total amount of $1, 121,908.90 shall be immediately released and a check issued for the benefit of Plaintiff, COLLEEN LAUFFS, 4036 Manchester Avenue, Encinitas, California 92024 as full and final satisfaction of the awarded granted under the Court's July 5, 2007 Judgment. Upon issuance, Mrs. Lauffs' distribution shall be sent by overnight mail to the offices of Lynn & Fortune, LLP located at 2171 India Street, Suite C, San Diego, California 92101;

3. The remaining balance present in the Court's blocked account plus any accrued interest minus the Court's administration fee shall be immediately released and a check issued for the benefit of all Defendants, with the individual payee listed as NAPA RANCH ASSOCIATES, LLC, and sent by overnight mail to 16502 N. Dale Mabry; Tampa, FL 33618, as full and final satisfaction of the awarded granted under the Court's July 5, 2007 Judgment.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent (10%) of the earned interest, as authorized by the Judicial Conference of the United States.

Dated: August 13, 2007

_____
Honorable William Q. Hayes
District Court Judge

Approved as to form and content:

Dated: August 9, 2007            LYNN & FORTUNE, LLP

                                 s\ *Rebecca J. Fortune*

                                 Rebecca J. Fortune
                                 Attorneys for Colleen Lauffs and Hubert Paul Lauffs

Dated: August 9, 2007            SPRAGUE & JESKE, PA

                                 s\ *Patrick F. Sprague*

                                 Patrick F. Sprague
                                 Attorneys for Larry A. Carr, David L. Carr, Jr.,
                                 Carr & Associates, Cita Trust Company and
                                 Napa Ranch Associates, LLC.

Dated: August 9, 2007            HAHN & ADEMA

                                 s\ *David A. Hahn*

                                 David A. Hahn
                                 Attorneys for Joel Marcus.